## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER HASEMANN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GERBER PRODUCTS COMPANY, <br><br> Defendant. | No. 1:15-cv-02995-MKB-RER |
| WENDY MANEMEIT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GERBER PRODUCTS COMPANY, <br><br> Defendant. | No. 2:17-cv-00093-MKB-RER <br><br> **NOTICE OF CLASS REPRESENTATIVES' UNOPPOSED MOTION AND MOTION FOR AN ORDER THAT: (1) APPOINTS ANGEION GROUP, LLC, AS THE NOTICE PROVIDER AND (2) APPROVES OF THE NOTICE PROGRAM** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and Declaration of Steven Weisbrot; all papers on file in the above-captioned actions; and such further evidence as the Court may require, Class Representatives Jennifer Hasemann and Wendy Manemeit, through their undersigned counsel, will move this Court, before the Honorable Margo K. Brodie, at the courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time that the Court will determine, for an Order that: (1) appoints Angeion Group, LLC, as the Notice Provider and (2) approves of the Notice Program. Counsel for Defendant have informed Class Counsel that Defendant does not oppose the motion.

Date: June 21, 2019

Respectfully submitted,

By: */s/ Michael R. Reese*
Michael R. Reese
Carlos F. Ramirez
George V. Granade
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York  10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
*mreese@reesellp.com*
*cramirez@reesellp.com*
*ggranade@reesellp.com*

**TAUS, CEBULASH & LANDAU, LLP**
Miles Greaves
Brett Cebulash
Kevin Landau
80 Maiden Lane, Suite 1204
New York, New York  10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
*mgreaves@tcllaw.com*
*bcebulash@tcllaw.com*
*klandau@tcllaw.com*

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
John A. Yanchunis
Marisa Glassman
201 North Franklin Street, 7th Floor
Tampa, Florida  33602
Telephone: (813) 275-5275
Facsimile: (813) 222-4736
*jyanchunis@forthepeople.com*
*mglassman@forthepeople.com*

**BERGER & MONTAGUE, P.C.**
Shanon J. Carson
Shoshana Savett
1622 Locust Street
Philadelphia, Pennsylvania  19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
*scarson@bm.net*
*ssavett@bm.net*

*Court Appointed Class Counsel*