**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENNIFER HASEMANN and DEBBIE HOTH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GERBER PRODUCTS CO.,<br><br>Defendant. | Civil Action No. 1:15-cv-02995-EK-RER |
| JEREMY GREENE and CETARIA WILKERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GERBER PRODUCTS CO.,<br><br>Defendant. | Civil Action No. 1:16-cv-1153-EK-RER |
| WENDY MANEMEIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GERBER PRODUCTS CO.,<br><br>Defendant. | Civil Action No. 2:17-cv-00093-EK-RER |

**STATUS REPORT AND STIPULATION REGARDING THE CURRENT CASE SCHEDULING ORDER**

**WHEREAS** Plaintiffs and Gerber Products Company (d/b/a Nestlé Nutrition, Nestlé Infant Nutrition, or Nestlé Nutrition North America) (collectively the "Parties") have met and conferred regarding the effect of the coronavirus pandemic on this case and its schedule; and whereas the parties agree that the case should now proceed again, after having agreed to suspend the schedule four times before, due to pandemic-related concerns (on April 3, 2020; April 29, 2020; July 2, 2020; and September 8, 2020);

**WHEREAS** the current (but suspended) Scheduling Order provides that the depositions of the five merits experts in this case were supposed to have occurred on or before April 17, 2020;

**WHEREAS** there have been twelve prior extensions of various case deadlines in this matter, which this Court has granted in orders dated September 8, 2020; July 2, 2020; April 29, 2020; April 3, 2020; November 1, 2019; April 16, 2019; December 11, 2018; October 9, 2018; March 26, 2018; February 8, 2017; October 11, 2016; and June 29, 2016;

**WHEREAS**, on September 8, 2020, the Parties requested and the Court entered an Order suspending all dates in the Scheduling Order through January 8, 2021, and requiring the Parties to provide the Court with a Status Report on January 18, 2021, regarding what next steps they believed were warranted with respect to an Amended Consolidated Scheduling Order, or whether they believed a continued stay of dates was still appropriate;

**WHEREAS** the Parties have met and conferred regarding the effect of the coronavirus pandemic on the current schedule and agree that the cases can proceed;

**WHEREAS** the previous four stays have affected the following deadlines, which remained in place during the stays:

2

      **a) April 17, 2020**: depositions of affirmative expert witnesses;

      **b) May 6, 2020**: submission of rebuttal expert witness reports;

      **c) June 10, 2020**: depositions of rebuttal expert witnesses;

      **d) June 17, 2020**: close of expert discovery; and

      **e) June 24, 2020**: service of pre-motion letters regarding proposed dispositive motions.

**IT IS HEREBY STIPULATED AND AGREED** between and among the Parties, by and through their undersigned counsel, that:

1. Plaintiffs' cases can proceed again, and

2. the Parties propose the following Amended Scheduling Order:

      **a) May 18, 2021**: depositions of affirmative expert witnesses;

      **b) June 18, 2021:** submission of rebuttal expert witness reports;

      **c) July 30, 2021:** depositions of rebuttal expert witnesses;

      **d) August 6, 2021:** close of expert discovery; and

      **e) August 13, 2021:** service of pre-motion letters regarding proposed dispositive motions.

Dated:  New York, New York
       January 18, 2021

| On Behalf of Plaintiffs: | On Behalf of Defendant: |
|---|---|
| TAUS CEBULASH & LANDAU LLP | KELLEY DRYE & WARREN LLP |
| By: */s/ Miles Greaves* | By: */s/ Jaclyn M. Metzinger* |
|     Miles Greaves |     Jaclyn M. Metzinger |
|     80 Maiden Lane |     101 Park Avenue |
|     New York, New York 10038 |     New York, New York 10178 |
|     (212) 931-0704 |     (212) 808-7800 |
|     *Attorneys for Plaintiffs* |     *Attorneys for Defendant* |

SO ORDERED: _____
                    Hon. Eric R. Komitee, U.S.D.J.